# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/05/2016 |
| Case: 1−16−42813−nhl | Form ID: 318DI7 | Total: 32 |

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com
aty    Kevin B Zazzera     kzazz007@yahoo.com

                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Ying Lu     137 Marine Way     Statrn Island, NY 10306
smg       NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg       NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg       Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8823703     Amex     Po Box 297871     Fort Lauderdale, FL 33329
8823704     Bally's Atlantic City Casino/Hotel     1900 Pacific Ave     Atlantic City, NJ 08401
8823705     Barclays Bank Delaware     125 S West St     Wilmington, DE 19801
8823706     Bk Of Amer     Po Box 982238     El Paso, TX 79998
8823707     Borgata Hotel Casino     P O Box 509     Atlantic City, NJ 08401
8823708     Brown Jacobson     22 Courthouse Square     Morwich, CT 06360
8823709     Caesar's Atlantic City     2100 Pacific Ave     Atlantic City, NJ 08401−6612
8823710     Cap One Na     Po Box 21887     Eagan, MN 55121
8823711     Cap1/saks     3455 Highway 80 W     Jackson, MS 39209
8832300     Capital One N.A.     Ascension Capital Group     P.O. Box 165028     Irving, TX 75016
8823712     Chase Card     Po Box 15298     Wilmington, DE 19850
8823713     Citi     Po Box 6241     Sioux Falls, SD 57117
8823714     Comenity Bank/vctrssec     Po Box 182789     Columbus, OH 43218
8823715     Discover Fin Svcs Llc     Po Box 15316     Wilmington, DE 19850
8823716     Dsnb Bloom     911 Duke Blvd     Mason, OH 45040
8823717     Dsnb Macys     911 Duke Blvd     Mason, OH 45040
8823718     East West Bank     9300 Flair Drive, 5th Floor     El Monte, CA 91731
8823719     Lexus Financial Services     P O Box 4102     Carol Stream, IL 60197
8823720     Macy's American Express Account     P O Box 9001108     Louisville, KY 40290
8823721     Ryan Brown Berger & Gibbons PC     160 Market Street, Ste 1416     Philadelphia, PA 19103
8823722     Sands     77 Sands Boulevard     Bethlehem, PA 18015
8823723     Syncb/dicks     Po Box 965005     Orlando, FL 32896
8823724     Syncb/gapdc     Po Box 965005     Orlando, FL 32896
8823725     Toyota Motor Credit Co     4 Gatehall Dr Ste 350     Parsippany, NJ 07054
8823726     Valley Forge Casino Resort     1160 First Avenue     King Of Prussia, PA 19406

                        TOTAL: 30