| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ying Lu** | Social Security number or ITIN **xxx−xx−8245** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271−C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201−1800 | | |
| Case number: | **1−16−42813−nhl** | Chapter: **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

                                                    s/ Nancy Hershey Lord
                                                    United States Bankruptcy Judge

Dated: October 17, 2016

**BLfnld7** [Final Decree 7 rev 12/01/15]